IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SCHRADER-BRIDGEPORT INTERNATIONAL, INC. d/b/a SCHRADER INTERNATIONAL, INC.; SCHRADER ELECTRONICS LTD.; and SCHRADER ELECTRONICS, INC.,<br><br>   Defendants. | C.A. No. 13-763-GMS<br><br>JURY TRIAL DEMANDED |

## VERDICT FORM

Instructions: When answering the following questions and filling out the Verdict Form, please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

We, the jury, unanimously find as follows:

## INFRINGEMENT

### Question 1: Direct Infringement of the '885 Patent.

Do you find that Bridgestone has proven, by a preponderance of the evidence, that the Schrader Defendants have directly infringed any of the asserted claims of U.S. Patent No. 6,630,885, either literally or under the doctrine of equivalents?

**Please answer in each row with a "Yes" or a "No"**

| '885 Patent | YES (for Bridgestone) | NO (for Schrader) |
|---|---|---|
| **Claim 12** | | |
| Schrader Gen3, Gen4, Gen5, Gen6 Sensors | | X |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| Schrader OTR Sensors | | X |
| **Claim 92** | | |
| Schrader Gen3, Gen4, Gen5, Gen6 Sensors | | X |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| Schrader OTR Sensors | | X |

## Question 2: Induced Infringement of the '885 Patent.

Do you find that Bridgestone has proven, by a preponderance of the evidence, that the Schrader Defendants have actively induced another party to infringe any of the claims of U.S. Patent No. 6,630,885, either literally or under the doctrine of equivalents?

**Please answer in each row with a "Yes" or a "No"**

| '885 Patent | YES (for Bridgestone) | NO (for Schrader) |
|---|---|---|
| **Claim 12** | | |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| **Claim 92** | | |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |

## Question 3: Direct Infringement of the '476 Patent.

Do you find that Bridgestone has proven, by a preponderance of the evidence, that the Schrader Defendants have directly infringed any of the claims of U.S. Patent No. 7,161,476, either literally or under the doctrine of equivalents?

**Please answer in each row with a "Yes" or a "No"**

| '476 Patent | YES (for Bridgestone) | NO (for Schrader) |
|---|---|---|
| **Claim 1** | | |
| Schrader Gen3, Gen4, Gen5, Gen6 Sensors | | X |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| Schrader OTR Sensors | | X |
| **Claim 136** | | |
| Schrader Gen3, Gen4, Gen5, Gen6 Sensors | | X |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| Schrader OTR Sensors | | X |

4

## Question 4: Induced Infringement of the '476 Patent.

Do you find that Bridgestone has proven, by a preponderance of the evidence, that the Schrader Defendants have actively induced another party to infringe any of the claims of U.S. Patent No. 7,161,476, either literally or under the doctrine of equivalents?

**Please answer in each row with a "Yes" or a "No"**

| '476 Patent | YES (for Bridgestone) | NO (for Schrader) |
|---|---|---|
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | |
| Schrader EZ-Sensors, EZ-Tire Sensors | | X |

5

## INVALIDITY

**Question 5: Obviousness of the '885 patent.**

Do you find that the Schrader Defendants have proven by clear and convincing evidence that the claimed invention(s) recited in any of the asserted claims of the '885 patent would have been obvious to a person of ordinary skill in the field at the time of the invention?

**Please answer in each row with a "Yes" or a "No".**

**"Yes" means the claim would have been obvious to a person of ordinary skill in the field at the time of the invention, and "No" means the claim would not have been obvious to a person of ordinary skill in the field at the time of the invention.**

| '885 Patent | YES (finding for Schrader) | NO (finding for Bridgestone) |
|---|---|---|
| Claim 12 |  | X |
| Claim 92 |  | X |

**Question 6: Obviousness ('476 patent).**

Do you find that the Schrader Defendants have proven by clear and convincing evidence that the claimed invention(s) recited in any of the asserted claims of the '476 patent would have been obvious to a person of ordinary skill in the field at the time of the invention?

**Please answer in each row with a "Yes" or a "No".**

**"Yes" means the claim would have been obvious to a person of ordinary skill in the field at the time of the invention, and "No" means the claim would not have been obvious to a person of ordinary skill in the field at the time of the invention.**

| '476 Patent | YES (finding for Schrader) | NO (finding for Bridgestone) |
|---|---|---|
| Claim 1 | | X |
| Claim 136 | | X |

## DAMAGES

**Question 7: Damages.**

If you have found at least one claim of the '885 patent or '476 patent infringed <u>and</u> not invalid, please answer the following question.

What total amount of reasonable royalty damages, if any, has Bridgestone Americas Tire Operations, LLC shown by a preponderance of the evidence would be adequate to compensate it for Schrader's infringement?

| If you used a rate, what is that rate?<br><br>**Select One:**<br><br>Royalty Rate:  $_____ per unit<br><br>**OR**<br><br>Royalty Rate:  _____% of revenues | **Total Royalties:**  $_____ |
|---|---|

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

SO SAY WE ALL, this 11 date of June 2015

**SEALED**