IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC. d/b/a SCHRADER INTERNATIONAL, INC.; SCHRADER ELECTRONICS LTD.; and SCHRADER ELECTRONICS, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 13-763 (GMS)

**SCHRADER'S RENEWED MOTION FOR JUDGMENT AS A MATTER
OF LAW ON THE ISSUE OF OBVIOUSNESS INVALIDITY**

Pursuant to Federal Rule of Civil Procedure 50(b) and the Order entered by the Court governing post-trial motions (D.I. 257), Defendants Schrader-Bridgeport International, Inc. d/b/a Schrader International, Inc., Schrader Electronics Ltd., and Schrader Electronics, Inc. (collectively "Schrader") hereby renew their motion for judgment as a matter of law on the issue of invalidity. This motion follows oral and written Rule 50(a) motions by Schrader prior to submission of the case to the jury.

The grounds for this motion are set forth in Schrader's concurrently filed opening brief.

- 2 -

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                                    */s/ Mary B. Graham*
                                    Mary B. Graham (#2256)
                                    Jeremy A. Tigan (#5239)
                                    Thomas Curry (#5877)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                    mgraham@mnat.com
                                    jtigan@mnat.com
                                    tcurry@mnat.com
                                        *Attorneys for Schrader-Bridgeport International,*
                                        *Inc. d/b/a Schrader International, Inc., Schrader*
                                        *Electronics Ltd., and Schrader Electronics, Inc.*


OF COUNSEL:

Donald A. Degnan
Timothy P. Getzoff
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
(303) 473-2700

Mher Hartoonian
Benjamin N. Simler
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8000

Mark A. Miller
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
(801) 799-5800

July 24, 2015
9333388